FILED
2005 Sep-29  PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NITA F. HANSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CV-01-RRA-1495-E |
| | ) |
| PAUL PIKE, d/b/a PIKE EXPRESS, | ) |
| STEEL CITY TRANSPORT, INC., | ) |
| PEOPLEWORKS, INC., UNITED | ) |
| HEATLHCARE OF ALABAMA, INC., | ) |
| and UNITED HEALTHCARE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation, recommending that defendants United Healthcare of Alabama, Inc. and United Healthcare Insurance Company's motion for summary judgment be granted. The plaintiffs have not filed objections to the report and recommendation.

Wherefore, after consideration of the entire court file, the court adopts the statements and conclusions in the report and recommendation as the court's own. The defendants' motion for summary judgment is due to be granted and the claims against them dismissed. An appropriate order will be entered.

DONE this 29th day of September, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE